Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-19948 (ABA)

Pina Maria Quattrochi  
15 Price Ln  
Sicklerville, NJ  08081-1821

Monthly Payment: $236.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/24/2023 | $236.00 | 02/24/2023 | $236.00 | 03/23/2023 | $236.00 | 05/02/2023 | $236.00 |
| 05/23/2023 | $236.00 | 06/26/2023 | $236.00 | 07/24/2023 | $236.00 | 08/23/2023 | $236.00 |
| 09/25/2023 | $236.00 | 11/07/2023 | $272.00 | 11/27/2023 | $236.00 | 12/27/2023 | $236.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PINA MARIA QUATTROCHI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RONALD E. NORMAN, ESQUIRE | 13 | $3,529.00 | $3,529.00 | $0.00 | $0.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,421.95 | $0.00 | $1,421.95 | $0.00 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $4,644.85 | $0.00 | $4,644.85 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $2,486.59 | $0.00 | $2,486.59 | $0.00 |
| 5 | CAPITAL ONE BANK USA N | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITIZENS BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITIZENS BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | COMENITY BANK/LANE BRYANT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $594.49 | $0.00 | $594.49 | $0.00 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $615.75 | $0.00 | $615.75 | $0.00 |
| 11 | COMENITYCAPITAL/BOSCOV | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $2,823.79 | $0.00 | $2,823.79 | $0.00 |
| 13 | COMENITYCB/ULTA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $1,666.48 | $0.00 | $1,666.48 | $0.00 |
| 15 | CREDIT ONE BANK NA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT STORE NATIONAL BANK/MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | HILCREST DAVIDSON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | IMPERIAL HOME REMODLING | 33 | $1,916.00 | $0.00 | $1,916.00 | $0.00 |
| 19 | KOHLS/CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | KOHLS/CAPONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT STORES NATIONAL BANK | 33 | $2,393.93 | $0.00 | $2,393.93 | $0.00 |
| 22 | PROTECT AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ROCKET MORTGAGE, LLC | 24 | $8,158.21 | $4,685.71 | $3,472.50 | $2,594.99 |
| 24 | ROCKET MORTGAGE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ROCKET MORTGAGE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ROCKET MORTGAGE, LLC | 33 | $9,591.09 | $0.00 | $9,591.09 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | GREENSKY, LLC | 33 | $19,997.63 | $0.00 | $19,997.63 | $0.00 |
| 28 | TD BANK USA, N.A. | 33 | $3,194.59 | $0.00 | $3,194.59 | $0.00 |
| 29 | TD BANK USA/TARGETCRED | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | TRUIST/GRNSKY/GSLOAN S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | RONALD E. NORMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2020 | 60.00 | $236.00 |
| 09/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,868.00 |
| Total paid to creditors this period: | $2,594.99 |
| Undistributed Funds on Hand: | $213.34 |
| Arrearages: | $436.00 |
| Attorney: | RONALD E. NORMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**