**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Pina Maria Quattrochi,

Debtor.

Case No.: 20-19948-ABA

Chapter: 13

Hearing Date: 05/07/2024

Judge: Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay re: 15 Price Lane

_____

Date: 05/06/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*