Certificate Number: 05781-NJ-DE-040099929

Bankruptcy Case Number: 20-19948



05781-NJ-DE-040099929

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 17, 2025</u>, at <u>10:00</u> o'clock <u>AM PDT</u>, <u>Pina-Maria Quattrochi</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:    <u>September 17, 2025</u>                By:    <u>/s/Allison M Geving</u>

Name:    <u>Allison M Geving</u>

Title:    <u>President</u>