| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Pina Maria Quattrochi<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0250<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   20-19948-ABA | | |

## Order of Discharge                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Pina Maria Quattrochi
> aka Pina Maria Quattrochi-Simm

11/10/25

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-19948-ABA

Pina Maria Quattrochi  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Nov 10, 2025 Form ID: 3180W Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Pina Maria Quattrochi, 15 Price Ln, Sicklerville, NJ 08081-1821 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518937693 | | Citizens One Loan, 1 Citizens Plz, Providence, RI 02903-1344 |
| 518937704 | | Imperial Home Remolding, 28 W Church St, Blackwood, NJ 08012-3965 |
| 518937708 | #+ | Protect America, 3800 Quick Hill Rd, Austin, TX 78728-1312 |
| 518989933 | + | Quicken Loans, LLC, Denise Carlon, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518937712 | | Rocketloans, 1001 Woodward Ave, Detroit, MI 48226-1904 |
| 518937713 | | Suntrust Bank/Greensky, Attn: Bankruptcy, PO Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2025 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2025 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518937687 | | Email/Text: bankruptcy@pepcoholdings.com | Nov 10 2025 21:11:00 | Atlantic City Electric, 5 Collins Dr, Carneys Point, NJ 08069-3600 |
| 518937689 | | EDI: BANKAMER | Nov 11 2025 01:50:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518937688 | | EDI: BANKAMER | Nov 11 2025 01:50:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 518947409 | + | EDI: BANKAMER2 | Nov 11 2025 01:50:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518937692 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 10 2025 21:10:00 | Citizens One, 1 Citizens Plz, Providence, RI 02903-1344 |
| 518937690 | | EDI: CAPITALONE.COM | Nov 11 2025 01:50:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518951876 | + | EDI: AIS.COM | Nov 11 2025 01:51:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518937691 | | EDI: CAPITALONE.COM | Nov 11 2025 01:50:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518937694 | | EDI: WFNNB.COM | Nov 11 2025 01:50:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518937695 | | EDI: WFNNB.COM | Nov 11 2025 01:50:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 518937696 | | EDI: WFNNB.COM | | |

Case 20-19948-ABA   Doc 38   Filed 11/12/25   Entered 11/13/25 00:21:55   Desc Imaged
                        Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 10, 2025 | Form ID: 3180W | Total Noticed: 44 |

| | | | |
| --- | --- | --- | --- |
| | | Nov 11 2025 01:50:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 518937697 | EDI: WFNNB.COM | | |
| | | Nov 11 2025 01:50:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 518937698 | EDI: WFNNB.COM | | |
| | | Nov 11 2025 01:50:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 518937699 | EDI: WFNNB.COM | | |
| | | Nov 11 2025 01:50:00 | Comenitycb/ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 518937700 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Nov 10 2025 21:21:52 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518937701 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Nov 10 2025 21:22:35 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518937702 | EDI: CITICORP | | |
| | | Nov 11 2025 01:50:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 518937707 | EDI: CITICORP | | |
| | | Nov 11 2025 01:50:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 518975703 | EDI: Q3G.COM | | |
| | | Nov 11 2025 01:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519013688 | + Email/Text: bankruptcy@greenskycredit.com | | |
| | | Nov 10 2025 21:12:00 | GreenSky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 518937703 | Email/Text: ahamilton@hillcrestdavidson.com | | |
| | | Nov 10 2025 21:12:00 | Hilcrest Davidson, 715 N Glenville Dr Ste 450, Richardson, TX 75081-2898 |
| 518937705 | EDI: CAPITALONE.COM | | |
| | | Nov 11 2025 01:50:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518937706 | EDI: CAPITALONE.COM | | |
| | | Nov 11 2025 01:50:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519010086 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 10 2025 21:33:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518957692 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Nov 10 2025 21:12:00 | QUICKEN LOANS, LLC, QUICKEN LOANS, LLC, BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 519002031 | EDI: Q3G.COM | | |
| | | Nov 11 2025 01:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518979816 | EDI: Q3G.COM | | |
| | | Nov 11 2025 01:50:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518937710 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Nov 10 2025 21:12:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518937709 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Nov 10 2025 21:12:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 518937711 | Email/Text: OpsEscalations@RocketLoans.com | | |
| | | Nov 10 2025 21:11:00 | Rocket Loans, Attn: Bankruptcy, 1274 Library St, Detroit, MI 48226-2256 |
| 518993879 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 10 2025 21:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518937714 | EDI: WTRRNBANK.COM | | |
| | | Nov 11 2025 01:50:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 518937715 | EDI: WTRRNBANK.COM | | |
| | | Nov 11 2025 01:50:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 518937716 | Email/Text: bankruptcy@greenskycredit.com | | |
| | | Nov 10 2025 21:12:00 | Truist/grnsky/gsloan S, 1797 Northeast Expy NE, Atlanta, GA 30329-7803 |

Case 20-19948-ABA    Doc 38    Filed 11/12/25    Entered 11/13/25 00:21:55    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: 3180W | Total Noticed: 44 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2025                                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

**Name**      **Email Address**

Andrew B Finberg
courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Ronald E. Norman
on behalf of Debtor Pina Maria Quattrochi rnorman@rnormanlaw.com
ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7